■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE WILLIAMS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered March 14, 1974, convicting him of criminal possession of stolen property in the second degree and illegal possession of a vehicle identification number plate, after a nonjury trial, and imposing sentence. Judgment reversed, on the law and the facts, and indictment dismissed. The defendant's guilt was not established beyond a reasonable doubt. Cohalan, Brennan and Shapiro, JJ., concur; Hopkins, Acting P. J., and Martuscello, J., dissent and vote to affirm the judgment.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALVIN WRIGHT and ERNEST HENRY, Respondents. Appeal by the People from two orders of the County Court, Dutchess County (one as to each defendant), both dated October 1, 1974, each of which granted a motion to inspect Grand Jury minutes and which, upon such inspection, dismissed an indictment, with leave to the People to resubmit the charges to the same or another grand jury. Orders reversed, on the law, motions denied and indictments reinstated. There was sufficient evidence before the Grand Jury to establish reasonable cause to believe that defendants committed the acts charged (CPL 190.65). Hopkins, Acting P. J., Martuscello, Cohalan, Brennan and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGELO ANDINO, Appellant, v THEODORE SCHUBIN, as Superintendent of the Ossining Correctional Facility, et al., Respondents.—In this habeas corpus proceeding for the release of an alleged parole violator who has been detained in prison following a parole commissioner's finding of probable cause for parole revocation, petitioner appeals from a judgment of the Supreme Court, Westchester County, entered January 9, 1975, which dismissed the writ and also denied a motion by petitioner for fixation of bail. Judgment affirmed, without costs. The judgment is supported by the determination of the Court of Appeals in *People ex rel. Calloway v Skinner* (33 NY2d 23) and of this court in *People ex rel. Little v Monroe* (38 AD2d 398, 400). It is understood that the final revocation of parole hearing has been held and two of the four charges have been sustained. Petitioner's parole has been revoked and he has been ordered to appear at the April meeting of the parole board for further application to be released. Rabin, Acting P. J., Hopkins, Christ, Brennan and Munder, JJ., concur.